Vivi Stafford MD (In Pro Se)
6051 San Vicente Blvd.
Los Angeles, California 90036
323 360 4670 Cell
323 954 9161 Office

Plaintiff
Vivi Stafford MD

FILED
2024 MAY 24  PM 1:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY____ASH____

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISCTRICT OF CALIFORNIA

VIVI STAFFORD MD, an individual

　　Plaintiff,

　　vs.

Department State Hospital, a public entity

　　Defendant.

Brandon Price, an individual

Lori Clark, an individual

**COMPLAINT FOR:**

CV24 4339-VBF(PD)

Violation of Civil Rights Act of 1866
(Sectiona 1981)

**JURY TRIAL**

PAID
MAY 24 2024
CLERK, U.S. DISTRICT COURT
COURT 4612
ASH

Introduction:

1

1.) Plaintiff Vivi Stafford MD (hereinafter Vivi or Plaintiff) is an individual.

2.) Plaintiff is a medical doctor with a license to practice medicine in the state of California and the state of New York. She also is an expert in hospital administration degreed.

3.) Plaintiff brings this action for violation of federal civil rights and retaliation under Violation of the Civil Rights Act of 1866 (Section 1981).

4.) Plaintiff is informed and believes the Defendant is Department State Hospital is a public entity (Hereinafter Defendant or DSH).

5.) Plaintiff is informed and believes the Defendant Brandon Price is an individual and the Executive Director of Department State Hospital who is not purportedly not a holder of a high school diploma (doubts of being a holder of a GRE).

6.) Plaintiff is informed and believes the Defendant Lori Clark is an individual and the RHIA, CCS of medical records.

7.) Plaintiff is informed and believes the Defendant DSH is authorized to exist as a public entity in the State of California.

8.) DSH is a healthcare facility which provides health services for at risk individuals for harm to others and also to themselves as it relates to harm to others.

9.) DSH providing psychiatric, medical, dental, optometry, and specialty care solely to an inpatient population.

10.) Plaintiff was contacted while at 6051 San Vicente Blvd. Los Angeles, California to be a part of the healthcare team at Department State Hospital – Coalinga located at 24511 W Jayne Avenue Coalinga, CA 93210.

11.) Jurisdiction of the Case: This Court has jurisdiction over this matter based on federal question. Pursuant to the Civil Rights Act of 1866 (Section 1981) Plaintiff in Pro Per Vivi Stafford.

12.) Plaintiff prays to amend in furtherance of justice in accordance with code and procedures.

## STATEMENT OF FACTS

1.) During Dr. Stafford's pregnancy she received an email asking Vivi to work full time at a facility that was in need of physician's to care for an at risk population of patients. Vivi received the email at 6051 San Vicente Blvd. Los Angeles, California 90036.

2.) Vivi sent in her resume to the organization and based on her resume at that time, the organization decided that a mandatory interview was not necessary and that the resume alone "spoke for itself" purportedly and she could start working whenever she was available.

3.) Vivi accepted employment immediately.

4.) Vivi was officially at work with the facility in mid-January 2023. Vivi completed her employment training on March 1st. After employment training Vivi began early contractions on March 12th, 2023.

5.) Vivi gave birth to her child on March 17th, 2023. Vivi began full time work when her newborn was still a newborn at six weeks old as dedication to the field of medicine on May 1sr, 2023 and the new patient population she was to work with.

6.) Vivi was given the most undesired unit in the entire hospital and was told that it was a type of experiment to see how long she would last with "big men", yelling and screaming at her routinely per Dr. Hamrick. Dr. Hamrick stated that he was curious how long she would last but Vivi thought it was in jest and that she was not actually an experiment.

7.) Only on one occasion did one of the "big men" yell and scream at Vivi regularly. As a result Dr. Hamrick targeted Dr. Stafford and began setting booby traps for her to fail on the job and he has not given up. He is fully committed. Vivi was told in May of 2024 that Dr. Hamrick was functioning under the direct direction of a non-physician who purportedly dropped out of high school by the name of Brandon Price.

13.) On one occasion, Dr. Hamrick emailed Vivi that there was a patient that he did not know who told him that another patient on my unit said he needed to see that patient. Dr. Hamrick emailed Vivi and stated that he believed that patient and is why he was reaching out to Vivi for a full report on that patient. In the same breath, a patient in consultation told Vivi that her supervisor Brandon Price was truly a "Nazi". Brandon Price, Vivi was told "he also "hates" medical doctors per many statements throughout the facility from healthcare professionals and patients. One staff member told Vivi "I really do not understand why he seems to hate doctors, I think it is because he did not even graduate from high school… and he has tattoos". In addition, he was reported to Vivi on more than one occasion that he engages in White Supremacy and purportedly a type of protector thereof. This information purportedly as most hospital administrators are frequently seen around the grounds and shake hands with the medical doctors. Brandon Price has refused to make contact with Vivi under any circumstances as he directs hostility towards him. Vivi's unit is reportedly the unit with the most White Supremacist. However, her unit mostly has engaged in respectful medical care despite its history of supporting White Supremacy.

14.) One patient would make racial comments to Vivi such as "I should punch you in the eye to give you black eye…. Oh, that will not work because you are black".

4

8.) Dr. Hamrick has told Vivi on at least one occasion that she could no longer come five days a week because it was a major issue with the White Supremacist at the facilty for the black doctors to not come more than four times a week. Now only doctors of European decent are able to come in of their choosing all five days in a week more so than the other doctors. No other doctor is allowed to do so under the direction of Brandon Price reportedly.

9.) In retaliation, Dr. Hamrick has taken Vivi's pay by allowing one other physician to work 5 days a week but stripping all the other minorities from working 5 days a week. In addition, Dr. Hamrick only has been firing people with pigmented skin and has been replacing them with forms of Asian heritage and forms of European heritage and has fired individuals of African heritage and also of Indian heritage.

10.) Vivi is harmed from the over $100,000 annual pay that Dr. Hamrick has taken from Vivi and has diverted. Diversion as Dr. Hamrick announced that some of the funds would go to him and others in terms of a shuffling of funds for a raise that he had negotiated through the UAPD Union. This was an announcement that Dr. Hamrick had made.

11.) The announcement was made by Dr. Hamrick. Dr Hamrick stated that Dr. Neubarth had created the agreement for the diversion of funds through the help of Dr. Neubarth and the UAPD Union.

12.) When Vivi attempted to join the union, she did. However, when she contacted the Union she was denied any help although she had joined. The union did not provide a refund. So the union took Vivi's money but refused to provide service.

13.)   Dr. Neubarth is called Dr. Feelgood by patients. A Dr. Feelgood is a doctor who obliges patients with amphetamine's or narcotics in the case where it is not indicated (the user not having a real medical need for them, where the goal of the patient a guaranteed "good feeling".

14.)   Vivi is filing this action for the lower pay she is receiving and being given the punitive job assignments and denying fringe benefits and also for hostile speech such as Dr. Hamrick told Vivi once just go home and "play with your baby".

15.)   Vivi was discriminated by Dr. Hamrick and other based on race, sex and color.

16.)   Dr. Hamrick as the chief physician did not provide for a protected work environment for Vivi where she was abused regularly based on her race, sex and color. On one occasion a doctor walked up to Vivi and stated that there was a physician at the facility that was her enemy and he was not sure if Vivi would be able to survive the facility. That is hostile speech in the work place.

17.)   Vivi placed an EEO complaint with the facility. Vivi sat in a recorded EEO meeting where the interviewer abruptly ended the meeting because Vivi was not giving him the answers that he wanted when Vivi made it very clear that she was tryint to protect herself in the work environment by being careful with her actions. This was retalition.

18.)   Vivi continues to work fulltime but this complaint is filed via a right to sue letter. In addition, Vivi has been harassed, paid less in general (due to the removal of the days of work and the workload placed upon her) based on race, color, sex and being a mother to a one year old.

19.) Since Vivi has been on the premises for one year, there has been a strict policy that only minority doctor's get blamed for any dysfunction in the system and the physicians of European heritage always get approval because they are all titled supervising doctors. One doctor of European heritage is not titled as such, however, when he was generous with Opioid prescriptions, the hospital redirected his script writing under Vivi.

20.) This is an extremely racial discriminatory work place. And supervisors such as Brandon Price have not graduated from high school but is trying to tell Vivi how to practice medicine through Dr. Hamrick. Dr. Hamrick documents flat out lies. Vivi was told that Dr. Hamrick behaves a certain way to make Brandon Price happy because that is his "boss'. It is flat out criminal for doctor of medicine to practice medically under any other individual but him/herself. Brandon Price is illegally practicing medicine through Dr. Hamrick.

21.) On May 22, 2024 Lori Clark RHIA, CCS sent Vivi an email basically telling Vivi that she cannot type her notes. When she did not send the same email to all the doctor's of European heritage. Vivi is of European heritage too but appears African American.

22.) Vivi Stafford had a State of California EEO meeting purportedly where Brandon Price was hiding. In that meeting, the meeting was closed immediately as the investigator told Vivi that she was not giving the answers in accordance with their rules and regulations. This was taped and the file would exist. The EEO meeting was really fake.

7

CAUSE OF ACTION:

Violation of Civil Rights Act of 1866 (Section 1981)

1.) Vivi was hired at the facility in jest. She was not hired to be an active functioning member of the work place but was hired to be yelled at by patients and then subsequently run off. When Vivi worked with the patient's overtime and was not run off then Dr. Hamrick started emailing mistruths about Vivi to others to defame her credibility in the workplace. Dr. Hamrick does not do this because he does not like Vivi. He does this because he does not like Vivi because she is a black, female and also in retaliation for her being a mother. Dr. Hamrick is not "mean" to Vivi. He does not yell and scream. Rather he is very calculating. He will encourage patients to file complaints against her per patient's disclosures in consultations. Then when Vivi defends the complaints, the complaints are dropped by the patient's etc. On one occasion Dr. Hamrick called the licensing agency where he encouraged the complaint and reported lies trying to get a dismissed complaint re-opened. Once the complaint was re-opened on lies, Vivi reached out and stated that it was just not true. Dr. Hamrick reported 100% lies. As a result the other doctor of non-clear- European heritage involved in the complaint was terminated after providing about well over a decade of service.

2.) Only physicians of non-European decent are terminated. Vivi was told by other staff members that the non-Europen decent physicians are paraded around by police in a similar fashion of a lynching or a march to the Guillotine.

3.) Instead of a compassionate healthcare diplomate running the hospital, Vivi was told by patients that Dr. Hamrick told Vivi that he is allowed to accept what they say as true but Vivi is not. More than one patient told Vivi that Brandon Price is a Wardon and Vivi was also told by one patient that Brandon Price is 100% a Nazi. Vivi now believes that what

8

that patient could not be confirmed as untrue based on how doctors with certain genetic information are treated per Vivi's observations and experiences.

4.) Vivi reported the incident to the EEOC and also explained the dangerous work environment when the chief doctor sets booby traps only on the select employee(s); those of non-clear-European heritage. In addition, Dr. Hamrick once tried to force Vivi into giving pain medication in a patient that she did not believe required pain control that could be misused. Dr. Hamrick tried to force her to do it and she did not. After him forcing her, she stated that that was a decision for him and he wrote for the pain medication but he did not write a note. In other words, Dr. Hamrick can violate at work all he wants but he encourages violations on Vivi. To date, there have been no violations on Vivi because she does her best. However, she is the only doctor in the entire hospital who is under the microscope. Lori Clark was on board when she targeted Vivi for violations but did not target all the doctor's in the facility for violations. In addition, Lori Clark was reaching out to supervise Vivi where a non-physician cannot supervise Vivi. Vivi did not receive any email from an actual MD stating that she made a violation.

5.) On May 24th, 2024; Vivi was told that the complaint was generated through Brandon Price and that although Dr. Hamrick has behaved a certain way; he is just making his boss Brandon Price Happy which is illegal; Fully.

**PRAYER FOR RELIEF**

WHEREFORE Plaintiff prays judgement against Defendant, and each of them, as follows:

1.) For compensatory damages including, damages or emotional distress and pain and suffering, in an amount according to proof and in excess of ten times the damages for discriminating based on race in violation of section 1981;

2.) For Compensatory damages for loss.

3.) For punitive damages in an amount to punish Defendant and deter others from engaging in similar misconduct;

4.) Damages for violation of section 1981.

5.) Consequential damages for violation of section 1981.

6.) Punitive damages for retaliation in violation of 1981

7.) Punitive damages for violation of Federal Civil Rights 8.)! Compensation for past economic loss.

9.) Compensation for future economic loss.

10.) Economic loss for lost profits.

11.) Economic loss for future profits.

12.) For interest on all sums as allowed by law;

14.) Such other relief as this Court deems just and pro

Dated:_Friday May 24th, 2024____

_____
Vivi Stafford, MD

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Los Angeles District Office**
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 02/16/2024

**To:** Vivi R. Stafford
24275 Spartan St
Mission Viejo, CA 92691
Charge No: 480-2023-06249

EEOC Representative and email:   SHAWNDA BURNETT
EEOC INVESTIGATOR
SHAWNDA.BURNETT@EEOC.GOV

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
02/16/2024

Christine Park-Gonzalez
District Director

Cc:
Veronica Hruby
California Department of State Hospitals
1215 O Street, MS-24
Sacramento, CA 95814

Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 480-2023-06249 to the

District Director at Christine Park-Gonzalez, 255 East Temple St 4th Floor, Los Angeles, CA 90012.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 480-2023-06249 to the District Director at Christine Park-Gonzalez, 255 East Temple St 4th Floor, Los Angeles, CA 90012.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Los Angeles District Office
255 East Temple St, 4th Floor
Los Angeles, CA 90012
(213) 785-3090
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/14/2024

**To:** Vivi R. Stafford
24275 Spartan St
Mission Viejo, CA 92691
Charge No: 480-2024-02394

EEOC Representative and email:   JOSEPH SHIN
EEOC INVESTIGATOR
JOSEPH.SHIN@EEOC.GOV

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Christine Park-Gonzalez
05/14/2024

Christine Park-Gonzalez
District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 480-2024-02394 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Christine Park-Gonzalez, 255 East Temple St 4th Floor, Los Angeles, CA 90012.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 480-2024-02394 to the District Director at Christine Park-Gonzalez, 255 East Temple St 4th Floor, Los Angeles, CA 90012.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

Enclosure with EEOC Notice of Closure and Rights (01/22)

Cc:
Veronica Hruby
California Department of State Hospitals
1215 O Street, MS-24
Sacramento, CA 95814

Natalie Sanders
CA Dept of State Hospitals
1600 9th Street, Room 350B
Sacramento, CA 95814

Please retain this notice for your records.